IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL 15 P 12: 1

CLERK

| | |
|---|---|
| VERCON CONSTRUCTION, INC. ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | CV 103-147 & CV 104-26 |
| ) | |
| ML JAMES ISLAND APARTMENTS, ) | |
| L.P., ET AL ) | |
| Defendants ) | |

# ORDER

The stipulations to dismiss with prejudice as presented by the parties are hereby APPROVED.

SO ORDERED this 15th day of July, 2005.

ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA